**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**No.** 11-2099-EGT

**UNITED STATES OF AMERICA**

**vs.**

**DAN MELINDO, JR.,**

**Defendant.**
_______________________________/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ______ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: ______________________________
ELISA CASTROLUGO
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501554
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9033
FAX (305) 530-7976

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

United States of America
v.
DAN MELINDO, JR.
Defendant(s)

Case No. 11-2099-EGT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 21, 2010 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 18, United States Code, Section 500 | Whoever, with intent to defraud, passes, utters or publishes or attempts to pass, utter or publish any such forged or altered money order, knowing any material initials, signature, stamp impression or indorsement thereon to be false, forged, or counterfeited, or any material alteration therein to have been falsely made. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Reldys Torres, United States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/27/2011

*Judge's signature*

City and state: Miami, Florida

HON. EDWIN G. TORRES, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Reldys Torres, am a United States Postal Inspector and have been so employed since August 2001. I investigate crimes involving the U.S. Postal Service, including theft of mail, identity theft, post office robberies, and burglaries. I make this affidavit based upon my own knowledge and information provided to me in my official capacity. This affidavit does not contain every material fact that I have learned during the course of this investigation, but only sufficient facts to establish probable cause for the criminal violations alleged in this Criminal Complaint.

2. Beginning in January 2011, U.S. Postal Inspectors initiated an investigation into the purchase, alteration and uttering of U.S. Postal Money Orders in the Miami, Florida area. The investigation revealed that U.S. Postal Money Orders were being purchased at Miami, Florida United States Post Offices in the amount of one hundred dollars ($100.00) each, later altered to appear as nine hundred dollars ($900.00) each and subsequently cashed at local check cashing stores.

3. During the months of December 2010 and January 2011, an individual, later identified as DAN MELINDO, JR. (hereinafter "MELINDO") based on records obtained from Check Cashing USA, cashed several altered U.S. Postal Money Orders, originally purchased at the Carl Fischer Post Office, located in Miami Beach, Florida, in the amount of $100.00 each, for $900.00 each at the Check Cashing USA store located at 3001 S. Biscayne Blvd., Miami, Florida.

4. Specifically, on December 21, 2010, U.S. Postal Money Orders bearing serial numbers 18210189690, 18210189778, and 18210189780 were purchased in the amount of $100.00 each at the Carl Fisher Post Office, located in Miami Beach, Florida. These same U.S. Postal Money Orders, but altered in the amount of $900.00 each, were later cashed on December 22, 2010 at the Check Cashing USA Store located at 3001 S. Biscayne Blvd., Miami, Florida by MELINDO.

5. On January 26, 2011, MELINDO entered the Carl Fischer Post Office in Miami Beach, Florida in an attempt to purchase several $100.00 U.S. Postal Money Orders. At this time, post office employees, who had been alerted to MELINDO's previous purchases, contacted the Miami Beach Police, who responded to the Carl Fischer Post Office and detained MELINDO. MELINDO was subsequently interviewed by U.S. Postal Inspectors after being advised of his Miranda rights.

6. MELINDO waived his Miranda rights in writing and provided a verbal and written statement to U.S. Postal Inspectors. In his statement, MELINDO admitted purchasing over 30 $100.00 U.S. Postal Money Orders in Miami area U.S. Postal Offices, including the ones purchased on December 21, 2010, sending them to an associate in California who would alter them to appear as $900.00 each, and later cashing the altered money orders in Miami. MELINDO stated that he was to keep a third of the proceeds for his involvement in the scheme.

7. Based on the information set forth above, I submit that there is probable cause to believe that DAN MELINDO, JR. did knowingly, and with intent to defraud, pass, utter, or publish altered money orders, knowing that any material initials, signature, stamp impression, or indorsement thereon to be false, forged, or counterfeited, or any

material alteration therein to have been falsely made, in violation of Title 18, United States Code, Section 500.

FURTHER YOUR AFFIANT SAYETH NOT

Reldys Torres, Postal Inspector
United States Postal Inspection Service

Sworn to and subscribed before me
this 27th day of January, 2011.

HON. EDWIN G. TORRES
United States Magistrate Judge